IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) ISMAEL VAZQUEZ-LARRAURI, a/k/a Tara, a/k/a Junito, a/k/a El Gordo<br><br>2) VICTOR RODRIGUEZ-RIVERA, a/k/a Vitín<br><br>3) HIRAM TORRES-AVILES, a/k/a Bizcocho<br><br>4) ADALBERTO LEON-COLLAZO, a/k/a Berto<br><br>5) LUIS CARTAGENA-CARRASQUILLO, a/k/a Luis Moco<br><br>6) JULIO MORALES-VAZQUEZ, a/k/a Julio Quilla<br><br>7) JOSE RIOS-HERNANDEZ, a/k/a El Gordo de la Vega, a/k/a Tati Ríos<br><br>8) JOSE O. VAZQUEZ-FIGUEROA, a/k/a Chopa<br><br>9) NELSON CARDONA-SANTIAGO<br><br>10) FELIPE LOPEZ-DE LA CRUZ<br><br>11) BRENDA RODRIGUEZ-MARQUEZ, a/k/a La Punky<br><br>12) JOSE RICARDO BURGOS-RESTO, a/k/a Ricky Burgos<br><br>13) JAIRO VELAZQUEZ-RIVERA<br><br>14) FERNANDO GONZALEZ-COLON, a/k/a Naldin<br><br>15) HECTOR DIAZ-NOGUERAS, a/k/a Chico<br><br>16) EDWIN SANTOS-MARTINEZ, a/k/a Chino, a/k/a Chinito<br><br>17) LUIS ROSARIO-RIVERA, a/k/a Luis el Negro<br><br>18) ROBERTO ORTIZ-RODRIGUEZ, a/k/a Robert el Viejo<br><br>19) ELIEZER BURGOS-TORRES, a/k/a Eli<br><br>20) JOSE JIMENEZ-ROBLES, a/k/a Joy<br><br>21) ANGEL IGARAVIDEZ-GONZALEZ, a/k/a Bebo<br><br>22) LEONARDO RIVERA-VICENTE, a/k/a Naldi<br><br>23) HECTOR L. VAZQUEZ-NIEVES, a/k/a Hectitor | CRIMINAL 08-0281CCC |

24) VICTOR SUAREZ-LAGO, a/k/a Pakay

25) ABRAHAM GARCIA-RIVERA, a/k/a Juni, a/k/a Juni Morrina

26) ALEXANDER ARROYO-GONZALEZ, a/k/a Alex Colchoneta

27) JOSE L. GONZALEZ-RIVERA, a/k/a Cano Diente

28) CARLOS O. RIVERA-RODRIGUEZ, a/k/a Carlos Omar

29) EFRAIN SANTIAGO-BURGOS, a/k/a Miyagui

30) NOELIA LOPEZ-ORTIZ

31) EUCLIDES DE JESUS-ROSA, a/k/a Clidu, a/k/a El Viejo de Coamo

32) MARLYN MARCANO-LOPEZ

33) ESTEBAN O. SERATE-SANTIAGO, a/k/a Omi el Negro

34) JASON JAUME-SUAREZ, a/k/a Jason

35) JAVIER CASTRO-SUAREZ, a/k/a Javi

36) OMAR RODRIGUEZ-ARROYO, a/k/a Omi Planicie

37) ALEX M. TRINIDAD, a/k/a Alex

38) CARLOS A. RIVERA-MALAVE, a/k/a La Ponca

39) JUAN C. SANTEL-MELENDEZ, a/k/a Melaza

40) RAYMOND RIVERA-RIVERA

41) CHRISTIAN ORTIZ-MELENDEZ

42) SERGIO RODRIGUEZ-MENDOZA

43) CARLOS SUAREZ-VEGA, a/k/a Bribón

44) MIGUEL VELEZ-BONILLA, a/k/a Cano, Cachete

45) JOSE R. ORTIZ-RIVERA, a/k/a Pito

46) JOSE LUIS LOPEZ-MENDEZ, a/k/a Ñoño, a/k/a Kiko

47) ENRIQUE RODRIGUEZ-MARQUEZ

48) CARLOS ROSARIO-ROSARIO, a/k/a Pinto

49) ALEX ORTIZ-CARABALLO, a/k/a Bocudo, a/k/a Mocudo, a/k/a Flaco

CRIMINAL 08-0281CCC                3

50) GERARDO MARCANO-RIVERA,
a/k/a Bebe
51) ISMAEL OCASIO-LAGO, a/k/a Ismaelito,
a/k/a Esquimalito
52) WILLIAM VAZQUEZ-RIVERA, a/k/a Cabito
53) ANGELICA DELGADO-VALDEZ,
a/k/a Angie
54) NELSON MARTINEZ-ROMAN
55) HUMBERTO CARABALLO-RESTO,
a/k/a Papo XXX
56) RAMON FALCON-SANTOS, a/k/a Bebe
57) OBED JIMENEZ-ROBLES
58) ANGEL R. LAGO-CAMACHO, a/k/a Rafi
59) JOVANNY SIERRA-ORTIZ
60) ZANDY TORRES-MENDEZ
61) ALEXIS LOPEZ-PEREZ, a/k/a Pamela
62) JOSE BARRETO-LUGO
63) JOSE A. ORTIZ-RIOS, a/k/a Papo Lover
64) BENJAMIN CLAUDIO-COTTO, a/k/a Puchi
65) OSVALDO IRIZARRY-RIVERA,
a/k/a El Gringo
66) ERIC A. RODRIGUEZ-MARTINEZ,
a/k/a Testin
67) DIGNA VIOLETA-LARRAURI
68) VANESSA RIVERA-MELENDEZ,
a/k/a Vanessa Black Angus
**69) NELIDA ORTIZ**
70) RICARDO ORTIZ-RIVERA, a/k/a Deo
71) YARITZA MELENDEZ-FUENTES
Defendants

# ORDER

Having considered the Report and Recommendation filed on October 16, 2012 (**docket entry 2981**) on a Rule 11 proceeding of defendant Nélida Ortiz (69) held before U.S. Magistrate Judge Marcos E. López on September 18, 2012, to which no objection has

CRIMINAL 08-0281CCC 4

been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 18, 2012. The **sentencing hearing is set for December 13, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on November 15, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge