IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) ISMAEL VAZQUEZ-LARRAURI, a/k/a Tara, a/k/a Junito, a/k/a El Gordo<br>2) VICTOR RODRIGUEZ-RIVERA, a/k/a Vitín<br>3) HIRAM TORRES-AVILES, a/k/a Bizcocho<br>4) ADALBERTO LEON-COLLAZO, a/k/a Berto<br>5) LUIS CARTAGENA-CARRASQUILLO, a/k/a Luis Moco<br>6) JULIO MORALES-VAZQUEZ, a/k/a Julio Quilla<br>7) JOSE RIOS-HERNANDEZ, a/k/a El Gordo de la Vega, a/k/a Tati Ríos<br>8) JOSE O. VAZQUEZ-FIGUEROA, a/k/a Chopa<br>9) NELSON CARDONA-SANTIAGO<br>10) FELIPE LOPEZ-DE LA CRUZ<br>11) BRENDA RODRIGUEZ-MARQUEZ, a/k/a La Punky<br>12) JOSE RICARDO BURGOS-RESTO, a/k/a Ricky Burgos<br>13) JAIRO VELAZQUEZ-RIVERA<br>14) FERNANDO GONZALEZ-COLON, a/k/a Naldin<br>15) HECTOR DIAZ-NOGUERAS, a/k/a Chico<br>16) EDWIN SANTOS-MARTINEZ, a/k/a Chino, a/k/a Chinito<br>17) LUIS ROSARIO-RIVERA, a/k/a Luis el Negro<br>18) ROBERTO ORTIZ-RODRIGUEZ, a/k/a Robert el Viejo<br>19) ELIEZER BURGOS-TORRES, a/k/a Eli<br>20) JOSE JIMENEZ-ROBLES, a/k/a Joy<br>21) ANGEL IGARAVIDEZ-GONZALEZ, a/k/a Bebo<br>22) LEONARDO RIVERA-VICENTE, a/k/a Naldi<br>23) HECTOR L. VAZQUEZ-NIEVES, a/k/a Hectitor | CRIMINAL 08-0281CCC |

24) VICTOR SUAREZ-LAGO, a/k/a Pakay

25) ABRAHAM GARCIA-RIVERA, a/k/a Juni, a/k/a Juni Morrina

26) ALEXANDER ARROYO-GONZALEZ, a/k/a Alex Colchoneta

27) JOSE L. GONZALEZ-RIVERA, a/k/a Cano Diente

28) CARLOS O. RIVERA-RODRIGUEZ, a/k/a Carlos Omar

29) EFRAIN SANTIAGO-BURGOS, a/k/a Miyagui

30) NOELIA LOPEZ-ORTIZ

31) EUCLIDES DE JESUS-ROSA, a/k/a Clidu, a/k/a El Viejo de Coamo

32) MARLYN MARCANO-LOPEZ

33) ESTEBAN O. SERATE-SANTIAGO, a/k/a Omi el Negro

34) JASON JAUME-SUAREZ, a/k/a Jason

35) JAVIER CASTRO-SUAREZ, a/k/a Javi

**36) OMAR RODRIGUEZ-ARROYO**, a/k/a Omi Planicie

37) ALEX M. TRINIDAD, a/k/a Alex

38) CARLOS A. RIVERA-MALAVE, a/k/a La Ponca

39) JUAN C. SANTEL-MELENDEZ, a/k/a Melaza

40) RAYMOND RIVERA-RIVERA

41) CHRISTIAN ORTIZ-MELENDEZ

42) SERGIO RODRIGUEZ-MENDOZA

43) CARLOS SUAREZ-VEGA, a/k/a Bribón

44) MIGUEL VELEZ-BONILLA, a/k/a Cano, Cachete

45) JOSE R. ORTIZ-RIVERA, a/k/a Pito

46) JOSE LUIS LOPEZ-MENDEZ, a/k/a Ñoño, a/k/a Kiko

47) ENRIQUE RODRIGUEZ-MARQUEZ

48) CARLOS ROSARIO-ROSARIO, a/k/a Pinto

49) ALEX ORTIZ-CARABALLO, a/k/a Bocudo, a/k/a Mocudo, a/k/a Flaco

CRIMINAL 08-0281CCC 3

50) GERARDO MARCANO-RIVERA,
a/k/a Bebe
51) ISMAEL OCASIO-LAGO, a/k/a Ismaelito,
a/k/a Esquimalito
52) WILLIAM VAZQUEZ-RIVERA, a/k/a Cabito
53) ANGELICA DELGADO-VALDEZ,
a/k/a Angie
54) NELSON MARTINEZ-ROMAN
55) HUMBERTO CARABALLO-RESTO,
a/k/a Papo XXX
56) RAMON FALCON-SANTOS, a/k/a Bebe
57) OBED JIMENEZ-ROBLES
58) ANGEL R. LAGO-CAMACHO, a/k/a Rafi
59) JOVANNY SIERRA-ORTIZ
60) ZANDY TORRES-MENDEZ
61) ALEXIS LOPEZ-PEREZ, a/k/a Pamela
62) JOSE BARRETO-LUGO
63) JOSE A. ORTIZ-RIOS, a/k/a Papo Lover
64) BENJAMIN CLAUDIO-COTTO, a/k/a Puchi
65) OSVALDO IRIZARRY-RIVERA,
a/k/a El Gringo
66) ERIC A. RODRIGUEZ-MARTINEZ,
a/k/a Testin
67) DIGNA VIOLETA-LARRAURI
68) VANESSA RIVERA-MELENDEZ,
a/k/a Vanessa Black Angus
69) NELIDA ORTIZ
70) RICARDO ORTIZ-RIVERA, a/k/a Deo
71) YARITZA MELENDEZ-FUENTES
Defendants

**PROVISIONAL SENTENCE OF DEFENDANT**
**[36] OMAR RODRíGUEZ-ARROYO UNDER 18 U.S.C. § 4244(d)**

Having considered the Forensic Evaluation Report of defendant [36] Omar Rodríguez-Arroyo (docket entry 2980), which has not been objected by either defendant or the United States, and neither party having requested an evidentiary hearing on the issue

of defendant's current mental condition despite the Court's November 15, 2012 Order (docket entry 2995) which allowed them to do so if deemed necessary, the Court FINDS by a preponderance of the evidence, based on said Forensic Evaluation Report, that defendant Rodríguez-Arroyo is presently suffering from a mental disease or defect and that, in lieu of being sentenced to imprisonment, he shall be committed to a suitable facility for care of treatment. Accordingly, pursuant to 18 U.S.C. § 4244(d), defendant Rodríguez-Arroyo is hereby committed to the custody of the Attorney General, who shall hospitalize him for care or treatment in a suitable facility. This commitment constitutes a provisional sentence of imprisonment of 80 years, which is the maximum term authorized by law for the offense for which defendant was found guilty.

Pursuant to 18 U.S.C. § 4244(e), if at any time the director of the facility where defendant will be hospitalized determines that defendant has recovered from his mental disease or defect to such an extent that he is no longer in need of custody for care or treatment in such a facility, he shall promptly file a certificate to that effect with the Clerk of the Court, who shall immediately send a copy of that certificate to the defendant's counsel and to the attorney for the government. Upon the filing of said certificate, if the provisional sentence imposed above has not yet expired, the Court shall immediately proceed to the final sentencing of defendant.

SO ORDERED.

At San Juan, Puerto Rico, on January 31, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge